IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE & CASUALTY** | : | **CIVIL ACTION** |
| **INSURANCE COMPANY a/s/o** | : | |
| **DANIELLE MARQUETTE** | : | |
| | : | |
| **v.** | : | **NO. 12-6957** |
| | : | |
| **ELECTROLUX NORTH AMERICA,** | : | |
| **INC. and ELECTROLUX HOME** | : | |
| **PRODUCTS, INC.** | : | |

## ORDER

**AND NOW**, this 25th day of March, 2013, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on **Tuesday, April 16, 2013,** at **8:45 a.m.**, in Room 9614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within 14 days of the date of this Order;

2. The parties shall commence discovery **immediately**;

3. After consultation with counsel for all parties, counsel shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating all the information described in Judge Savage's form Report on or before **April 11, 2013**;

4. Counsel shall follow Judge Savage's Policies and Procedures which can be found at www.paed.uscourts.gov.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.