# Exhibit 1

# Shanahan-Brown, Eileen

**Subject:**  FW: TO MELISSA - ASKING FOR ALTERNATIVE DATES FOR RICKLEFFS

**From:** Noone, Matthew
**Sent:** Thursday, July 11, 2013 2:32 PM
**To:** 'Melissa Yemma'
**Subject:** RE: Forwarding Amended Dep Notices

Can the attorney who is covering Thurs. deps cover Rickleffs? If not, send me some dates where your available. If they fit with both Mr. Rickleff's schedule and my schedule, then certainly I will try to accommodate your needs, being mindful of the discovery cut off deadline.

**From:** Melissa Yemma [mailto:yemma@nicolsonlawgroup.com]
**Sent:** Thursday, July 11, 2013 2:25 PM
**To:** Noone, Matthew
**Subject:** RE: Forwarding Amended Dep Notices

Matt,
I'm not available on July 30 for Rickleffs' deposition. Can you propose alternate dates.
Regards,
Melissa

**From:** Noone, Matthew [mailto:MNoone@cozen.com]
**Sent:** Thursday, July 11, 2013 2:21 PM
**To:** Melissa Yemma
**Subject:** Forwarding Amended Dep Notices

Hi Melissa:

Attached are the amended dep notices for next Thurs. deps. The 30b6 includes an additional subject concerning the 2003 – 2008 census.

I am also going to be serving Rickleffs with a subpoena for 7/30.

Thanks,

Matt

**From:** Shanahan-Brown, Eileen
**Sent:** Thursday, July 11, 2013 1:13 PM

**To:** Noone, Matthew
**Subject:** FW: MyAccuRoute Delivery

King's and Ripley's notices

**Eileen Shanahan-Brown | Senior Paralegal | Cozen O'Connor**
1900 Market Street, Philadelphia, PA   19103
P: 215.665.2049 | F: 215.665.2013
eshanahan-brown@cozen.com | www.cozen.com

**From:** ebrown [mailto:accuroute@cozen.com]
**Sent:** Thursday, July 11, 2013 12:52 PM
**To:** Shanahan-Brown, Eileen
**Subject:** MyAccuRoute Delivery

The attached file was processed by the AccuRoute server as requested.

*Notice:* *To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.*

*Notice:* *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*