# Exhibit 2

## Shanahan-Brown, Eileen

**Subject:** FW: Dep on 7/30

**From:** Mike Ricklefs [mailto:mikericklefs@gmail.com]
**Sent:** Monday, July 22, 2013 8:31 PM
**To:** Noone, Matthew
**Subject:** Re: Dep on 7/30

Matt,

Let me know what is going on. Melissa Yemma said they can't make the 7/30 date.

I am kind of stuck in the middle of this one and what no one seems to remember is that **I don't work for Electrolux anymore**.

If we are not going to do the deposition on 7/30 per the served subpoena I will need to be served again.

I would request that Eye for Eye process servers from Ft Dodge IA not be used. Not serving me at work would be a big step forward also.

How many hours are you expecting ? Are evenings or weekends an option? The disruption these depositions cause are magnified in a small company (current employer). Even a 1PM starting time would allow me to get most of a day in at work (vs a 10AM)

Obviously you don't have to take any of my suggestions but please give some consideration this non-party witness.

Thanks,
Mike


On Wed, Jul 17, 2013 at 7:10 PM, Mike Ricklefs <mikericklefs@gmail.com> wrote:
Matt,

When can expect to be served?

I need to firm up some dates for work and things are starting for fill up.

Thanks,
Mike

1

Mike Ricklefs
2213 Summit Drive
Webster City, IA 50595

>   -----Original Message-----
>   **From:** Noone, Matthew [mailto:MNoone@cozen.com]
>   **Sent:** Thursday, July 11, 2013 11:23 AM
>   **To:** mike.ricklefs@gmail.com
>   **Subject:** Dep on 7/30
>
>   Hi Mike:
>
>   Great talking to you. As we discussed, I will have you served with a subpoena for 7/30, as you think you're available at this time. Please let me know if you have some unavoidable conflict that will necessitate a change.
>
>   Thanks,
>
>   Matt
>
>   *Matthew F. Noone, Esquire*
>   Cozen O'Connor
>   1900 Market Street
>   Philadelphia, PA 19103
>   phone - 215-665-2192
>
>   fax - 215-701-2192

**Notice:** *To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.*

**Notice:** *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by*

*return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*