IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE & CASUALTY INSURANCE COMPANY a/s/o DANIELLE MARQUETTE** | : : : : | **CIVIL ACTION** |
| v. | : : | NO. 12-6957 |
| **ELECTROLUX NORTH AMERICA, INC. and ELECTROLUX HOME PRODUCTS, INC.** | : : : | |



### ORDER

**AND NOW**, this 25th day of July, 2013, upon consideration of Defendant, Electrolux Home Products, Inc.'s Motion to Quash Subpoena Directed to Mike Ricklefs and for a Protective Order (Document No. 15) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

TIMOTHY J. SAVAGE, J.

ENTERED
JUL 2 5 2013
CLERK OF COURT