IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELECTROLUX NORTH AMERICA, INC., et al. | : | NO.   12-6957 |

**O R D E R**

AND NOW, this 24th day of July, 2013, this matter having been referred to me by

the Honorable Timothy J. Savage for settlement discussions, it is hereby **ORDERED** that:

I will hold a **settlement conference** on **August 15, 2013 at 11:00 a.m.** in

Courtroom 7 (Court of Appeals Courtroom), Robert N.C. Nix Building, **900 Market Street,**

Philadelphia, PA 19107.   **Counsel and clients with full settlement authority must be present**

**during the August 15, 2013 settlement conference**.   All participants are to report to the call box

for M. Faith Angell on the second floor, before going to Courtroom 7.

BY THE COURT:

 S/M. FAITH ANGELL
 M. FAITH ANGELL
 UNITED STATES MAGISTRATE JUDGE

By e-mail to:
the Honorable Timothy J. Savage
Matthew F. Noone, Esq.                            mnoone@cozen.com
Melissa L. Yemma, Esq.                            yemma@nicolsonlawgroup.com
Cheryl M. Nicolson, Esq.                          nicolson@nicolsonlawgroup.com