IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY INSURANCE COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| ELECTROLUX NORTH AMERICA, INC., et al. | : | NO.   12-6957 |

# O R D E R

AND NOW, this 8th day of August, 2013, it is hereby **ORDERED** that:

The **settlement conference** will now be held on **September 3, 2013 at 11:00 a.m.** in Courtroom 7 (Court of Appeals Courtroom), Robert N.C. Nix Building, **900 Market Street,** Philadelphia, PA 19107.  **Counsel and clients with full settlement authority must be present during the September 3, 2013 settlement conference**.   All participants are to report to the call box for M. Faith Angell on the second floor, before going to Courtroom 7.

BY THE COURT:

 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By e-mail to:
the Honorable Timothy J. Savage
Matthew F. Noone, Esq.                          mnoone@cozen.com
Melissa L. Yemma, Esq.                          yemma@nicolsonlawgroup.com
Cheryl M. Nicolson, Esq.                        nicolson@nicolsonlawgroup.com